**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

SHANYA BOYD, individually and as Mother and Next Friend of T.T., a minor,

Plaintiffs,

v.

CITY OF KENOSHA, POLICE CHIEF PATRICK PATTON, OFFICER MICHAEL VENCES, OFFICER LUKE COURTIER, APPLEBEE'S RESTAURANTS LLC, DINE BRANDS GLOBAL, INC., SGT. MICHAEL LODYGOWSKI, OFFICER JAMES KARAWAY, VILLAGE OF PLEASANT PRAIRIE, POLICE CHIEF DAVID SMETANA, WISCONSIN APPLE LLC, APPLEBEE'S FRANCHISOR LLC, and SBG APPLE NORTH XII, LLC,

Defendants.

No. 24-CV-919-WED

**PLAINTIFFS' CIVIL LOCAL RULE 7(h) EXPEDITED**
**NON-DISPOSITIVE MOTION FOR ENTRY OF DEFAULT**

Plaintiffs, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 55(a) and Civil Local Rule 7(h), move that the Clerk of this Court enter a default against Defendant SBG Apple North I, LLC. In support thereof, Plaintiffs state as follows:

1. Defendant SBG Apple North I, LLC was served with summons and the Third Amended Complaint on June 16, 2026. (Affidavit of Service, Document 107.)

2. SBG Apple North I, LLC has not appeared or answered. Plaintiff sought to learn the insurer of this entity and recently learned from a codefendant's counsel that represents an associated entity that SBG Apple North I, LLC is uninsured. It therefore appears that no counsel will be assigned to appear and answer on the entity's behalf. Plaintiff does not wish for this to derail the progress of the case.

3. As SBG Apple North I, LLC is in default, Plaintiff requests the Clerk of the Court enter a default against SBG Apple North I, LLC.

4. Once this occurs, Plaintiff submits that the case should be able to proceed before the assigned magistrate judge.

WHEREFORE, Plaintiffs respectfully request the Clerk of the Court enter a default against SBG Apple North I, LLC.

Respectfully Submitted,

/s/ Jeffrey D. Naffziger
One of the Attorneys for Plaintiffs

Jeffrey D. Naffziger
O'Connor Law Firm, Ltd.
100 S. Wacker Drive, Suite 350
Chicago, Illinois 60606
(312) 906-7609
jnaffziger@koconnorlaw.com
firm@koconnorlaw.com
WIED Bar No. 6275581