**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**SHANYA BOYD, *et al.*,**

**Plaintiffs,**

**v.** **Case No. 24-CV-919**

**CITY OF KENOSHA, *et al.*,**

**Defendants.**

---

# ORDER

---

On August 4, 2025, Judge J.P. Stadtmueller reassigned this case upon the consent of all parties to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c). (ECF No. 83.) On June 9, 2026, the plaintiffs filed a third amended complaint that named a new defendant, SBG Apple North I, LLC (North I). (ECF No. 100.) On June 23, 2026, the plaintiffs filed a proof of service stating that on June 16, 2026, the summons was served on an agent for North I. (ECF No. 107.) Although the other defendants have answered the third amended complaint, North I has not.

On August 5, 2026, the court ordered that the parties must seek, obtain, and file the consent form from North I within twenty-one days. (ECF No. 110.) That deadline has passed, and no counsel has filed a magistrate judge jurisdiction form on behalf of North I.

On August 31, 2026, Boyd filed an expedited request for entry of default against North I. (ECF No. 111.) On September 4, 2026, the Clerk of Court entered default as to North I. (ECF Entry of Default, September 4, 2026.)

Pursuant to the standing order of the Chief Judge, all parties must complete and return the "Consent to Proceed Before a Magistrate Judge" form within 21 days of receiving it. As stated by the Chief Judge in her standing order, "While the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is **mandatory**."

The defendant North I has failed to timely return the form. This court cannot issue any dispositive ruling in the case without "the consent of every named litigant." *Marion HealthCare, LLC v. S. Ill. Hosp. Servs.*, 41 F.4th 787, 789 (7th Cir. 2022) (quoting *Coleman v. Lab. & Indus. Rev. Comm'n*, 860 F.3d 461, 475 (7th Cir. 2017)). Even though the Clerk has entered default as to North I, it remains a named litigant against whom this action has not ended. *See* Fed. R. Civ. P. 54(b).

The parties have three options if they wish to litigate the case before the assigned magistrate judge. First, because North I has not yet answered or filed a motion to dismiss, the plaintiff can voluntarily dismiss North I pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Second, the parties could ensure that North I files its consent form. Third, the plaintiff could seek and obtain partial judgment against North I under Rule 54(b) from a district judge.

The parties have until **October 6, 2026,** in which to proceed as described above. Failure to do so will result in this case being reassigned to a district judge.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 16th day of September, 2026.

William E. Duffin

WILLIAM E. DUFFIN
U.S. Magistrate Judge